UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

    -v-                                                         No.   21 CR 537-LTS

KENDALL JACKSON and JOHNNY
STEVENS,

        Defendants.

-------------------------------------------------------x

## ORDER

The initial pretrial phone conference currently scheduled for October 22, 2021, at 3:00 p.m., is rescheduled to occur on **October 22, 2021, at 3:30 p.m**.  All other provisions of the Court's Order dated October 6, 2021 (docket entry no. 15), remain in effect.

        SO ORDERED.

Dated: New York, New York
       October 12, 2021

                                                                      /s/ Laura Taylor Swain
                                                                    LAURA TAYLOR SWAIN
                                                                    Chief United States District Judge