**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

October 19, 2021

<u>VIA ECF</u>

The Honorable Laura Taylor Swain
Chief United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

<u>MEMO ENDORSED</u>

Re:   <u>United States v. Kendell Jackson</u>
      21 Cr. 537 (LTS)

Dear Judge Swain,

    I write on behalf of defendant Kendell Jackson in the above-captioned matter to respectfully request an adjournment of the October 22, 2021 initial conference. This is Mr. Jackson's first request for an adjournment. The Government and counsel for Mr. Stevens consent to this request. As the Court's chambers informed the undersigned, the New York City Department of Corrections cannot arrange for a court call for Mr. Jackson for October 22.

    The undersigned has conferred with the Government and counsel for Mr. Stevens regarding the parties' availability, and respectfully requests that the Court adjourn the October 22, 2021 conference to the afternoon of October 29, 2021 (after 3:00 p.m., if possible).

    Should the Court grant the immediate request and adjourn the October 22, 2021 conference, Mr. Jackson consents to the exclusion of time under the Speedy Trial Act from October 22, 2021 until the rescheduled conference date. Counsel for Mr. Stevens consents to the exclusion of time as well.

The foregoing request for adjournment is granted. The initial pre-trial conference is hereby rescheduled for December 2, 2021 at 3:00 pm. The Court finds, pursuant to 18 USC section 3161(h)(7)(A), that the ends of justice served by an exclusion of the time from today's date through December 2, 2021, outweigh the best interests of the public and the defendant in a speedy trial. Docket entry no. 18 is resolved.
SO ORDERED.
/s/ Laura Taylor Swain, Chief USDJ 10/20/2021

Respectfully submitted,

/s/

Neil P. Kelly
Assistant Federal Defender
(212) 417-8744

cc:   Counsel of record