**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

December 21, 2021

**MEMO ENDORSED**

<u>Via ECF</u>

The Honorable Laura Taylor Swain
Chief United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re: <u>United States v. Kendell Jackson</u>
    21 Cr. 537 (LTS)

Dear Judge Swain,

    I write on behalf of Kendell Jackson in the above-captioned matter to respectfully request a temporary modification of Mr. Jackson's pretrial release conditions. Specifically, I request that Mr. Jackson be permitted to remove his location monitoring equipment on the afternoon of December 23, 2021 so that he can undergo an MRI at Lenox Hill Radiology. Upon the conclusion of this procedure, Mr. Jackson will report to Pretrial Services to have his location monitoring equipment reinstalled. The Government and Pretrial Services consent to this request.

    One of the conditions of Mr. Jackson's pretrial release was that he be placed on home detention, to be enforced by location monitoring as directed by Pretrial Services. Pretrial Services has fitted Mr. Jackson with a GPS-enabled ankle bracelet to enforce this condition.

    Mr. Jackson has been informed by medical personnel that he cannot undergo the scheduled MRI on his spine if he is wearing his ankle bracelet because it will interfere with the MRI equipment. Accordingly, we request—with Pretrial Services' and the Government's consent—that Mr. Jackson be permitted to remove his ankle bracelet before his MRI on the afternoon of December 23, 2021, and that immediately following the procedure, he report to Pretrial Services to have it re-affixed.

    We thank the Court for its consideration of this request.

The foregoing request for temporary modification of the conditions of pretrial release is granted. DE 26 is resolved.
SO ORDERED.
12/22/2021
/s/ Laura Taylor Swain, Chief USDJ

Respectfully submitted,

/s/ Neil Kelly

Neil P. Kelly
Assistant Federal Defender
(212) 417-8744

cc: AUSA Jacob Gutwillig, Pretrial Services Officer Josh Rothman