**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

January 13, 2022

<u>Via ECF</u>

The Honorable Laura Taylor Swain
Chief United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

## MEMO ENDORSED

Re:   <u>United States v. Kendell Jackson</u>
      21 Cr. 537 (LTS)

Dear Judge Swain,

I write on behalf of defendant Kendell Jackson to respectfully request an adjournment of the January 24, 2022 conference in this matter. The Government and counsel for Mr. Stevens consent to this request.

The Government has recently produced discovery to defense counsel, including several pieces of restricted material that have required in-person conferences with our clients. So that we may continue to review and discuss this material with our clients, evaluate potential pretrial motions, and communicate with the Government regarding potential pretrial dispositions, and in light of the undersigned's anticipated unavailability during the month of March and early April 2022 due to a trial before the Honorable Lewis J. Liman, we respectfully request that the Court adjourn the January 24, 2022 conference for approximately 90 days.

Messrs. Jackson and Stevens, by their counsel, consent to the exclusion of time under the Speedy Trial Act until the adjourned conference date.

Respectfully submitted,

/s/

Neil P. Kelly
Assistant Federal Defender
(212) 417-8744

cc:   AUSA Jacob Gutwillig
      Jeffrey Pittell

The foregoing adjournment request is granted. The conference is hereby rescheduled for April 25, 2022 at 2:00 pm. The Court finds, pursuant to 18 U.S.C. section 3161(H)(7)(A), that the ends of justice served by an exclusion of time from today's date through April 25, 2022 outweigh the best interests of the public and the defendant in a speedy trial for the reasons stated above. Docket entry no. 28 is resolved.
SO ORDERED.
1/13/2022
/s/ Laura Taylor Swain, Chief USDJ