```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
UNITED STATES OF AMERICA             :
                                     :   21 Cr. 537-1 (LTS)
    -against-                        :   ORDER
                                     :
Kendall Jackson                      :
                                     :
        Defendant                    :
                                     :
-------------------------------------X
```

LAURA TAYLOR SWAIN, Chief United States District Judge:

It is hereby ORDERED that the defendant's bail be modified to include the following:

1. Mental health evaluation/treatment as directed by Pretrial Services;

2. The defendant must stay away from 2394 Adam Clayton Powell, Jr. Blvd., New York, New York 10030;

3. The defendant's mother, Sabrina Jackson, is removed as a financially responsible co-signer, to be replaced within three weeks of this order's signing~~; and~~ .

4. ~~The defendant is required to pay restitution to BI, Inc., in the amount of $1,500, for the replacement cost of a HomeGuard 20|20 receiver.~~ [Proposed condition to be addressed at bail review hearing. LTS 6/3/2022]

   Dated: New York, New York
          June  3 , 2022

                                         SO ORDERED:

                                          /s/ Laura Taylor Swain
                                         LAURA TAYLOR SWAIN
                                         Chief U.S. District Judge