UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                           No.  21-CR-537-LTS-1

KENDALL JACKSON                           ORDER

        Defendant.

-------------------------------------------------------x

        The parties in this action are directed to meet and confer immediately and file a joint letter by **1:00 p.m. on Tuesday June 7, 2022**, setting forth their positions as to how much time should be set aside for the upcoming bail review hearing, how many witnesses, if any, are expected to be called, and what written submissions, if any, will be filed.

        SO ORDERED.

Dated: New York, New York                      /s/ Laura Taylor Swain
      June 3, 2022                                    LAURA TAYLOR SWAIN
                                                          Chief United States District Judge