UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                         No.  21-CR-537-LTS-1

KENDALL JACKSON                            ORDER

        Defendant.

-------------------------------------------------------x

        The parties have agreed that this bail review matter should be decided on the basis of the submissions. The defense shall file its submission by June 17, 2022.

        SO ORDERED.

Dated: New York, New York                   /s/ Laura Taylor Swain
      June 10, 2022                                 LAURA TAYLOR SWAIN
                                                             Chief United States District Judge