**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

August 25, 2022

<u>Via ECF</u>

The Honorable Laura Taylor Swain
Chief United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

<u>MEMO ENDORSED</u>

Re:   <u>United States v. Jackson</u>
      21 Cr. 537 (LTS)

Dear Chief Judge Swain,

    We write on behalf of Mr. Jackson in the above-captioned matter to respectfully request that the Court modify the conditions of Mr. Jackson's pretrial release to replace the home detention condition with a curfew, the hours for which are to be set by Pretrial Services at its discretion. Pretrial Services consents to this request and the Government takes no position.

    As confirmed by Mr. Jackson's Pretrial Services Officer, Mr. Jackson's performance on pretrial supervision has improved markedly. He has participated in programming, secured employment with the New York City Parks Department, and has taken on a second temporary job in connection with the U.S. Open tennis tournament. Given this performance and his now-busy work schedule, Pretrial Services has recommended that Mr. Jackson's conditions be modified to include a curfew, rather than home detention.

    Accordingly, we respectfully request that that Court modify the conditions of Mr. Jackson's pretrial release to include a curfew in place of home detention.

The foregoing request is granted, and Pretrial Services is directed set the hours of the curfew. Dkt. No. 52 resolved. SO ORDERED.
/s/ Laura Taylor Swain, Chief USDJ 8/26/2022

Respectfully submitted,

/s/ Neil Kelly

Neil P. Kelly
Assistant Federal Defender
(212) 417-8744

cc:   AUSA Jacob Gutwillig
      Pretrial Services Officer Jonathan Lettieri