UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA

    -v-                                                              No. 21 crim 537 (LTS)

KENDALL JACKSON (1),

                Defendant.
-------------------------------------------------------------X

LAURA TAYLOR SWAIN, DISTRICT JUDGE

**ORDER**

It is ORDERED, that the defendant, Kendall Jackson, is hereby remanded to the custody of the United States Marshal.

Dated: New York, New York
       January 4, 2023

                                                       LAURA TAYLOR SWAIN
                                                       Chief United States District Judge