# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

April 5, 2023

**Via ECF**

The Honorable Laura Taylor Swain
Chief United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

## MEMO ENDORSED

**Re:** **United States v. Jackson**
    **21 Cr. 537 (LTS)**

Dear Chief Judge Swain,

    We write with the consent of the Government to respectfully request an approximately one-month adjournment of Mr. Jackson's May 9, 2023 sentencing in the above-captioned matter. This is the defense's first request for an adjournment of sentencing.

    As reflected in our March 9, 2023 letter to the Court, the draft Presentence Investigation Report raised certain issues that the defense needs additional time to investigate and potentially resolve. In addition, last week, the Government made a supplemental production of electronic discovery material, which counsel and Mr. Jackson need the time to review.

    Accordingly, we respectfully request an approximately one-month adjournment of sentencing, all filing deadlines, and the disclosure of the final Presentence Investigation Report. Defense counsel and counsel for the Government are each scheduled to be participating in trials in the month of June, but are both available June 6, 2023. We can provide additional potential dates to Chambers as well.

The foregoing adjournment request is granted. The sentencing is hereby adjourned to May 24, 2023, at 2:30 pm. DE 81 is resolved.
SO ORDERED.
4/13/2023
/s/ Laura Taylor Swain, Chief USDJ

Respectfully submitted,

/s/

Neil P. Kelly
Assistant Federal Defender
(212) 417-8744

cc:    AUSA Jacob Gutwillig