UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                               No.  21 CR 537-LTS

KENDALL JACKSON,

       Defendant.

-------------------------------------------------------x

## Order

Pending before the Court is Defendant Kendall Jackson's motion for a sentence reduction pursuant to 18 U.S.C. section 3582(c)(1)(A)(i).  (Docket entry no. 112 (the "Motion").)

The Government is directed to file a statement of its position on the Motion by **September 3, 2024**.  Mr. Jackson's response, if any, must be filed by **September 10, 2024**.

SO ORDERED.

Dated: New York, New York                                       /s/ Laura Taylor Swain
       August 20, 2024                                           LAURA TAYLOR SWAIN
                                                                                United States District Judge