UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-   No. 21-CR-537-LTS

KENDALL JACKSON,

   Defendant.

-------------------------------------------------------x

<u>ORDER</u>

The conference currently scheduled for July 16, 2025, at 2:00 PM is hereby adjourned to **July 18, 2025, at 11:30 AM** in Courtroom 17C.

SO ORDERED.

Dated: New York, New York
      July 11, 2025

                                    /s/ Laura Taylor Swain
                                   LAURA TAYLOR SWAIN
                                   Chief United States District Judge