UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                    No.    21-CR-537-LTS

KENDALL[1] JACKSON,

      Defendant.

---------------------------------------------------------x

ORDER

The Court has received a request from defense counsel for an order authorizing "the Probation Department and its contracted mental health and substance abuse treatment providers to release to defense counsel all records relating to Mr. Jackson's supervision, treatment, and programming after his release from Bureau of Prisons (BOP) custody." (Docket entry no. 136, at 1.) The request relays an alternative request from the Probation Department, which "asks that the Court only order the production of documents that relate to the alleged specifications, and materials relating to Mr. Jackson's employment, drug test results, and substance abuse and mental health attendance and treatment records." (Id. at 2.)

The parties are directed to meet and confer in a good faith effort to resolve any differences concerning appropriate disclosure with a stipulated proposed disclosure order. Should there be any remaining disputes, the Government is directed to file any opposition to this

---

[1] The Court recognizes that Mr. Jackson's preferred spelling of his first name is "Kendell," as defense counsel mentions. (See docket entry no. 136, at 1 n.1.) As the Court has previously explained, the caption, which must be consistent with the underlying indictment, has not been changed. (See docket entry no. 105, at 4-5.)

request by **February 12, 2026**, and defense counsel is directed to file any reply by **February 19,**

**2026.**  Docket entry no. 136 is resolved.

  SO ORDERED.

Dated: New York, New York
    January 29, 2026

  /s/ Laura Taylor Swain  
  LAURA TAYLOR SWAIN
  Chief United States District Judge