**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

January 30, 2026

**MEMO ENDORSED**

<u>Via ECF</u>

The Honorable Laura Taylor Swain
Chief United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:    <u>United States v. Kendell Jackson</u>
       <u>21 Cr. 537 (LTS)</u>

Dear Chief Judge Swain,

I write in response to the Court's January 29, 2026 order. Doc. 137. The parties and Probation Department have conferred further and agree that the Court should authorize and order the release of all materials in the possession of Probation or Probation-contracted providers relating to the alleged specifications in the violation of supervised release petition, and all materials relating to Mr. Jackson's employment, drug tests, and substance abuse and mental health treatment and attendance. The materials approved for release include Probation's communications with Mr. Jackson (in text message, email, voicemail, or other format) and Probation's notes regarding its supervision of Mr. Jackson (otherwise known as its "Chronos").

We thank the Court for its consideration.

Respectfully submitted,

/s/

Neil P. Kelly
Assistant Federal Defender
(212) 417-8744

cc:    AUSA Jacob Gutwillig
       Probation Officers Elisha Rivera, Kyro King

The foregoing request is granted and the agreed disclosure is approved.  The Probation Department is ordered to release the above specified materials, to which it has consented, to defense counsel.  Docket entry no. 138 is resolved.

SO ORDERED.
/s/ Laura Taylor Swain, Chief USDJ
January 30, 2026