UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

UNITED STATES OF AMERICA

    -v-                                     No. 21-CR-537-LTS

KENDALL JACKSON,

       Defendant.

--------------------------------------------------------x

ORDER

      The Government has requested an extension of the briefing deadline of 3:00 PM today with regard to the conference currently scheduled for Wednesday, April 15, 2026, at 12:30 PM.  The foregoing request is granted.  Any written submissions from the Government or the defense must be submitted by **7:00 PM** today.

      SO ORDERED.

Dated: New York, New York
      April 14, 2026

                                 /s/ Laura Taylor Swain
                                LAURA TAYLOR SWAIN
                                Chief United States District Judge