UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

UNITED STATES OF AMERICA

    -v-

No.  21-CR-537-LTS-1

KENDALL JACKSON,

ORDER

        Defendant.

----------------------------------------------------------x

        For the reasons stated on the record of the supervised release violation hearing held this day, Mr. Jackson's conditions of supervision are modified by the addition of the following:

1- Effective immediately, Mr. Jackson shall abide by the conditions of home detention. He shall remain at his approved residence at all times except for approved absences for work, child care obligations, medical appointments, treatment as directed or approved by the Probation Office, weekly religious observance, court, and meetings with counsel. The home detention will be monitored by electronic means specified by the Probation Office and Mr. Jackson shall comply with all technological requirements of that monitoring. Mr. Jackson must contribute to the costs of the monitoring as a co-payment as specified by the Probation Office.

2- Mr. Jackson shall have no contact with the persons referred to in open court in these proceedings as Victim 1 and Victim 2. He shall report any inadvertent contact with either of them to the Probation Officer within 12 hours of such contact, providing such explanation as the Probation Officer or the Court may require.

All other conditions of supervision remain in place.

    SO ORDERED.

Dated: New York, New York
     April 23, 2026

   /s/ Laura Taylor Swain_____
   LAURA TAYLOR SWAIN
   Chief United States District Judge