UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

UNITED STATES

    -v-                                 No.   21-CR-537-LTS

Kendall Jackson,

        Defendant.

-------------------------------------------------------------x

## ORDER

       For the reasons stated on the record of the supervised release hearing this day, the defendant's conditions of supervised release are modified as follows.  Defendant is hereby subjected to home incarceration rather than home detention.  Defendant must remain at his approved residence at all times except for direct travel to and from, and attendance at, approved appointments for legal and medical purposes, and emergency medical care.  Defendant's obligations in this regard are to be enforced by location monitoring.  All other conditions of supervised release remain in place as previously ordered.


       SO ORDERED.

Dated: New York, New York
       June 8, 2026


                                     __/s/ Laura Taylor Swain_____
                                     LAURA TAYLOR SWAIN
                                     Chief United States District Judge