UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                           No.   21-CR-537-LTS

KENDALL JACKSON,

      Defendant.

--------------------------------------------------------x

<u>ORDER</u>

The Court has received a request from defense counsel for an order "directing the Probation Department to provide to the defense the materials in its possession relating to specifications 16 to 19 in Probation's April 29, 2026 amended violation petition and the instances of Mr. Jackson's noncompliance alleged in Probation's June 1, 2026 status report." (Docket entry no. 159, at 1.)  Defense counsel reports that "Probation has refused to provide this information 'until such time [as] there is a hearing' and has refused to provide 'any documentation that does not specifically relate to the specifications.'"  (<u>Id.</u> at 2 (alteration in original).)

The parties are directed to meet and confer in a good faith effort to resolve any differences concerning appropriate disclosure with a stipulated proposed disclosure order. Should there be any remaining disputes, the Government is directed to file any opposition to this

request by **June 26, 2026**, and defense counsel is directed to file any reply by **July 6, 2026.**

Docket entry no. 159 is resolved.

      SO ORDERED.

Dated: New York, New York
      June 12, 2026

                    /s/ Laura Taylor Swain
                    LAURA TAYLOR SWAIN
                    Chief United States District Judge