# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

July 2, 2026

**<u>Via ECF</u>**

<u>**MEMO ENDORSED**</u>

The Honorable Laura Taylor Swain
Chief United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:     <u>**United States v. Jackson**</u>
        **21 Cr. 537 (LTS)**

Dear Chief Judge Swain,

I write to respectfully request that the Court permit Mr. Jackson to visit the hospital where his partner has given birth to their daughter. The Probation Department opposes this request and the Government defers to Probation.

Mr. Jackson has been subject to home incarceration since the parties' appearance on June 8, 2026. During the parties' most recent discussion with the Probation Department, Probation reported that Mr. Jackson has not had further location monitoring issues since this appearance.

Probation has, however, not given Mr. Jackson permission to visit his partner in the hospital because this does not qualify as a medical emergency for Mr. Jackson personally and Probation does not believe the birth of a child warrants an exception to the conditions of home incarceration. *See* Exs. A, B (sealed).[1]

In light of Mr. Jackson's apparent improved compliance with his supervision conditions and given the unique, life-changing nature of the birth of a child, I respectfully request that the Court permit him to visit his partner in the hospital for a limited period of time pursuant to a set

---

[1]  To clarify two points in Probation's attached email: (1) Mr. Jackson was and is not asking to be present for the surgical procedure itself, but to visit his partner and child in the hospital following the birth, so the timeliness of the request relevant to the planned surgical procedure is irrelevant. (2) While the screenshot Mr. Jackson provided did not identify his partner's name, the identify of Mr. Jackson's partner is not unknown to Probation. She has been interviewed by Probation Department staff and was referenced in Mr. Jackson's PSR (¶¶ 66, 70, 71), and she has previously submitted letters to the Court (Docs. 86-3, 112-3).

United States v. Jackson
21 Cr. 537 (LTS)

schedule approved by the Probation Department. If additional medical documentation is required by Probation, the defense can try to facilitate.

Given the upcoming holiday weekend, defense counsel is prepared to appear remotely if the Court wishes to convene a teleconference to discuss this request. I thank the Court for its consideration.

Respectfully submitted,

/s/

Neil P. Kelly
Assistant Federal Defender
(212) 417-8744

cc:    AUSA Jacob Gutwillig
       Probation Officers Kyro King, Elisha Rivera

The foregoing request is granted as follows.  The Court permits Mr. Jackson one (1) scheduled visit to the hospital where his partner has given birth to his daughter.  In advance of the visit, which may not exceed three hours in length, Mr. Jackson must provide the Probation Department the following information: (i) the designated time of the visit, including its start and end time; (ii) the name and address of the hospital; (iii) the name of his partner; and (iv) the hospital room number in which his partner is staying.  Docket entry no. 164 is resolved.

SO ORDERED.

July 2, 2026
/s/ Laura Taylor Swain, Chief USDJ

2